IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARVIN L. KEMP,     PLAINTIFF
ADC #146411

v.     1:12-cv-00003-JMM-JTK

RAY HOBBS, et al.     DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this  23  day of  February, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE