IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**MARVIN L. KEMP**                                                                                         **PLAINTIFF**

**VS.**                              **CASE NO. 1:12CV00003 JMM**

**RAY HOBBS, ET AL.**                                                                           **DEFENDANTS**

## ORDER

Based on the pleadings filed in the above styled case, the Clerk of the Court is directed to modify the nature of suit code from 555 prison condition civil rights to a 440 other civil rights case. The case is referred to Magistrate Judge Jerome T. Kearney for appropriate actions.

IT IS SO ORDERED THIS   4   day of  April , 2012.


_____
James M. Moody
United States District Judge