### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MARVIN L. KEMP                                                                           PLAINTIFF

v.                                1:12-cv-00003-JMM-JTK

RAY HOBBS, et al.                                                    DEFENDANTS

**ORDER**

By Order dated March 5, 2012, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 13). Summons was returned, unexecuted, with respect to Defendant Huffman on March 22, 2012 (Doc. No. 22). Included with the return and filed under seal is a memo containing Defendant Huffman's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Nathan Huffman, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 11th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE