**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARVIN L. KEMP                                                                                       PLAINTIFF

v.                                              1:12-cv-00003-JMM-JTK

RAY HOBBS, et al.                                                                                 DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiff's Motions to Compel (Doc. Nos. 44-45). Defendants filed a response in objection to the Motion (Doc. No. 46).

Plaintiff asks the Court to compel Defendants to "answer fully" certain interrogatories, to which Defendants did not provide "complete answers," and to provide documents requested (Doc. Nos. 44-45.)   In response, Defendants state they responded to Plaintiff's requests and can not provide documents which do not exist, such as requested surveillance video. Defendants provide a copy of their responses to Plaintiff's requests, for the Court's review.

Having reviewed the requests and responses, the Court finds that Defendants' responses appear to be appropriate and complete. However, the Court also finds that Defendants shall preserve the documents related to weekly safety and sanitation meetings for any future hearing in this case. See Doc. No. 46-1, p. 3, response no. 6.   Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions to Compel (Doc. Nos. 44-45) are DENIED.

IT IS SO ORDERED this 20th day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE