**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARVIN KEMP                                                                                          PLAINTIFF

v.                                         1:12-cv-00003-JMM-JTK

RAY HOBBS, et al.                                                                                DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendants' Motion for Summary Judgment (Doc. No. 48) within fifteen days of the date of this Order. Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 28th day of November, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE