**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MARVIN L. KEMP                                                                                           PLAINTIFF

v.                                        1:12CV00003-JMM-JTK

RAY HOBBS, et al.                                                                                       DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 48) is GRANTED. Plaintiff's Complaint against these Defendants is DISMISSED with prejudice. Plaintiff's motion for leave to file an amended complaint, (Doc. No. 57) is referred to Magistrate Judge Jerome T. Kearney for consideration. Plaintiff's case should remain open pending the Court's consideration of Plaintiff's motion to amend.

IT IS SO ORDERED this 26th day of February, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE