**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MARVIN L. KEMP                                                                               PLAINTIFF

v.                                   1:12CV00003-JMM-JTK

RAY HOBBS, et al.                                                     DEFENDANTS

**ORDER**

Defendant Calvin Carter, through his attorney, has answered and supplied his correct name (Doc. No. 69). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE