**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARVIN L. KEMP                                                                                     PLAINTIFF

V.                              1:12CV00003-JMM-JTK

RAY HOBBS, et al.                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a _de novo_ review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 85) is GRANTED, and Plaintiff's claims against Defendant are DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of February, 2014.

                                                     _____
                                                     JAMES M. MOODY
                                                     UNITED STATES DISTRICT JUDGE